ALADDIN SECURITIES CORPORATION, Appellant, *v.* RYER OPERATING Co., INC., Defendant, CLEMENTE LISCIO et al., Doing Business as LISCIO & Co., TILE AND MARBLE WORKS, Respondents, and JAMES H. MARTIN, INC., Appellant.

(Argued May 28, 1929; decided June 11, 1929.)

*Joseph A. Fagnant* and *Mitchell W. Alexander* for appellant.

*Arthur W. Lichtenstein* and *Emanuel Redfield* for respondents.

Order affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE and O'BRIEN, JJ. Dissenting: LEHMAN and KELLOGG, JJ. Not sitting: HUBBS, J.